UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 13-03713 DMG (JEMx)** | Date | June 6, 2013 |
|---|---|---|---|

| Title | ***American Dawn, Inc. v. Superior Linen & Laundry Service, LLC, et al.*** | Page | 1 of 2 |
|---|---|---|---|

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**

On May 23, 2013, Plaintiff American Dawn, Inc. filed a Complaint in this Court against Defendants Superior Linen & Laundry Service, LLC; Superior Linen, LLC; Doc Wiener, and Andrew Zimmerman. [Doc. # 1.] The Complaint alleges the following causes of action: (1) breach of written contract (promissory note); (2) breach of written contract (unpaid invoices); (3) fraud—intentional misrepresentation of material facts; and (4) fraud—negligent misrepresentation of material facts.

Plaintiff asserts subject matter jurisdiction based on the existence of complete diversity, 28 U.S.C. § 1332. (Compl. ¶ 8.) To establish diversity of citizenship, Plaintiff must plead that each Defendant is a citizen of a different state than Plaintiff. *Diaz v. Davis*, 549 F.3d 1223, 1234 (9th Cir. 2008) (citing *Strawbridge v. Curtiss*, 7 U.S. (3 Cranch) 267, 267, 2 L. Ed. 435 (1806)). Plaintiff is a citizen of California. (Compl. ¶ 1.) Defendant Superior Linen & Laundry Service, aka Superior Linen, LLC, is a Nevada limited liability company.[1] (*Id.* ¶ 2.) As a limited liability company, Superior Linen & Laundry Service, LLC is a citizen of every state in which its owners or members are citizens. *See Johnson v. Columbia Props. Advantage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Although the Complaint states that Defendant Doc Wiener is the "majority owner" of Superior Linen & Laundry Service, LLC, it does not state his citizenship or whether he is the sole owner of the LLC, nor does it state the citizenship of any other owners, if any exist.

---

[1] It is unclear from the Complaint whether Superior Linen & Laundry Service, LLC and Superior Linen, LLC are separate entities or the same entity. The Court acknowledges that the Complaint seeks to establish that Defendants Wiener and Zimmerman are the alter egos of the LLC Defendants. Nevertheless, Plaintiff is required to plead specific facts to show that each of the named Defendants is completely diverse from Plaintiff. *See Snell v. Cleveland, Inc.*, 316 F.3d 822, 827 (9th Cir. 2002). To establish jurisdiction in this Court, Plaintiff must plead the citizenship of each and every Defendant named in the Complaint.

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk vv |
|---|---|---|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 13-03713 DMG (JEMx)** | Date | June 6, 2013 |
|---|---|---|---|
| Title | ***American Dawn, Inc. v. Superior Linen & Laundry Service, LLC, et al.*** | Page | 2 of 2 |

(Compl. ¶ 4.) The Complaint also fails to plead the citizenship of Defendant Andrew Zimmerman.

In light of the foregoing, Plaintiff is **ORDERED TO SHOW CAUSE**, in a written response due no later than **June 20, 2013**, why this action should not be dismissed for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**